IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MELINDA FORAN,

Plaintiff,

v.

SIEMENS MANUFACTURING CO. INC.,

Defendant.

Case No. 25-2228 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 5/20/2026                    MONICA A. STUMP, Clerk of Court

                                    Tina Gray, Deputy Clerk

Approved:
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**